```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Lennie Woodley,<br><br>    Defendant | No. CV A 12- **8510**<br><br>CONSENT JUDGMENT |

  Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lennie Woodley, in the principal amount of $2,129.73 plus interest accrued to September 11, 2012, in the sum of $4,285.99; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $6.44, for a total amount of **$6,422.16**.

DATED: 10/11/2012    By: TERRY NAFISI
                Clerk of the Court


                L. Raymd
                Deputy Clerk
             United States District Court