1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4
   Attorney for: PLAINTIFF
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12- **8510** |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Lennie Woodley, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lennie Woodley, in the principal amount of $2,129.73 plus interest accrued to September 11, 2012, in the sum of $4,285.99; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $6.44, for a total amount of $**6,422.16**.

DATED: 10/11/2012        By: TERRY NAFISI
                              Clerk of the Court


                              _____
                              Deputy Clerk
                              United States District Court